NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELEBRANDS CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-1063

---

Appeal from the United States Court of International Trade in No. 11-CV-0064, Judge Jane A. Restani.

---

**JUDGMENT**

---

ROBERT FLEMING SEELY, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were ROBERT B. SILVERMAN and PETER W. KLESTADT.

AMY M. RUBIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of New York, New York, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, and

JEANNE E. DAVIDSON, Director, of Washington, DC; and BARBARA S. WILLIAMS, Attorney in Charge, International Trade Field Office, of New York, New York. Of counsel on the brief was CHI S. CHOY, Office of Assistant Chief Counsel, United States Customs and Border Protection, of New York, New York.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 18, 2013            /s/ Daniel E. O'Toole
Date               Daniel E. O'Toole
                    Clerk